United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-15509-ref
Lea B. Strickler                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 2           Date Rcvd: May 11, 2017
                              Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
```
db             +Lea B. Strickler,    404 Green Terrace,    Reading, PA 19601-2884
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13770857       +AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13880918       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13770858       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13781957        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13861979        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13770859       +Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
13770860       +KML Law Group, PC,    Suite 5000-BNY Mellon Independence Cente,    701 Market Street,
                 Philadelphia, PA 19106-1538
13818517       +PNC BANK /PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13864023        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13770862       +US Bank National Association as Trustee,    PA Housing Finance Agency,    211 North Front Street,
                 Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com May 12 2017 01:10:44     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2017 01:10:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2017 01:10:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13775802        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2017 01:17:44
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13871025       +E-mail/Text: blegal@phfa.org May 12 2017 01:10:42     PHFA,    LOAN SERVICING,
                 211 NORTH FRONT ST,    HARRISBURG, PA 17101-1406
13770861       +E-mail/Text: blegal@phfa.org May 12 2017 01:10:41     PHFA,    2101 N. Front Street,
                 Harrisburg, PA 17110-1086
13871355       +E-mail/Text: blegal@phfa.org May 12 2017 01:10:41     PHFA,    211 NORTH FRONT ST,
                 HARRISBURG, PA 17101-1466
13800338        E-mail/Text: appebnmailbox@sprint.com May 12 2017 01:10:39     Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 8
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: Cathleen              Page 2 of 2            Date Rcvd: May 11, 2017
                              Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      MICHAEL D. HESS   on behalf of Debtor Lea B. Strickler amburke7@yahoo.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

LEA B. STRICKLER
                                                    : Bankruptcy No. 16-15509REF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: May 11, 2017**

                                                    _____
                                                    Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

LEA B. STRICKLER
404 GREEN TERRACE
READING,PA.19601