UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Lea B. Strickler          : CASE NO: 16-15509-ref
                                : CHAPTER 13
                                :
DEBTOR            :

ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $3,073.00 [, $1,190 of which was paid prepetition] plus $75.01 for expense reimbursement.

6/5/17        _____
                Richard E. Fehling, Banruptcy Judge