United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lea B. Strickler  
    Debtor

Case No. 16-15509-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Jun 05, 2017  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.  
db           +Lea B. Strickler,    404 Green Terrace,    Reading, PA 19601-2884

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency  
          bkgroup@kmllawgroup.com  
         MICHAEL D. HESS    on behalf of Debtor Lea B. Strickler amburke7@yahoo.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Lea B. Strickler              :  CASE NO: 16-15509-ref
                              :  CHAPTER 13
                              :
      DEBTOR                  :

### O R D E R

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

*, $1,190 of which was paid prepetition,*

ORDERED, that the application for fees is approved in the amount of $3,073.00 plus $75.01 for expense reimbursement.

6/5/17         _____
               Richard E. Fehling, Banruptcy Judge